UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOHN METZLER,

        Plaintiff,                 CIV. S-03-1285-GGH

    v.

LEWIS and LOUISE HACKETT, et al.,         ORDER

        Defendants.

—oOo—

On March 8, 2005, I filed an order requiring defendants Shafiees pay sanctions in the amount $450 to each attorney for their preparation for and attendance at the settlement conference at which defendants Shafiees failed to appear. On March 11, 2005, I received a letter from Moe Shafiee which did not adequately explain his absence at the settlement conference. On April 18, 2005, counsel for the Hacketts wrote to say that he has not received the sanctions imposed by the order. The March 8,

2005, order warned that more severe sanctions would be imposed for disobedience.  By May 16, 2005, defendants Shafiees shall pay the sanctions described in the March 8, 2005, order or show cause in writing why judgment by default should not be entered against them.

        So ordered.

        Dated:  May 2, 2005.

                            /s/ Peter A. Nowinski
                            PETER A. NOWINSKI
                            Magistrate Judge